1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9

Plaintiff,

Case No. 16-458 BAT

10

v.

**DETENTION ORDER**

11

KAMAJAH J. SKANNAL,

12

Defendant.

13    The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14   there are no conditions which the defendant can meet which would reasonably assure the

15   defendant's appearance as required or the safety of any other person and the community.

16    **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17    Defendant is wanted in the District of Oregon.  He has no employment but was recently

18   arrested with nearly $10,000 on his person and a loaded gun.  The government proferred that he

19   is charged with a crime in Oregon that involves vulnerable victims that could be swayed by

20   defendant.  Defendant is also currently facing state charges for misdemeanor assault and

21   harassment.

22    It is therefore **ORDERED**:

23

DETENTION ORDER - 1

1        (1)     Defendant shall be detained pending trial and committed to the custody of the

2   Attorney General for confinement in a correctional facility separate, to the extent practicable,

3   from persons awaiting or serving sentences, or being held in custody pending appeal;

4        (2)     Defendant shall be afforded reasonable opportunity for private consultation with

5   counsel;

6        (3)     On order of a court of the United States or on request of an attorney for the

7   Government, the person in charge of the correctional facility in which Defendant is confined

8   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

9   connection with a court proceeding; and

10       (4)     The Clerk shall provide copies of this order to all counsel, the United States

11  Marshal, and to the United States Probation and Pretrial Services Officer.

12       DATED this 31st day of October, 2016.

13

14  _____

15  BRIAN A. TSUCHIDA
    United States Magistrate Judge

16

17

18

19

20

21

22

23

DETENTION ORDER - 2